IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD L. NOLES,

      Plaintiff,

v.                                     CASE NO. 4:12-cv-79-RS-CAS

WAKULLA COUNTY BOARD OF
COUNTY COMMISSIONERS, and
BENJAMIN H. PINGREE,

      Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 8) and Second Report and Recommendation (Doc. 11). Plaintiff filed a Motion for Reconsideration (Doc. 9) in response to the original Report and Recommendation. No objections have been filed to the Second Report and Recommendation.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendations (Docs. 8 & 11) are approved and incorporated in this Order.

2. The motion to dismiss (Doc. 5) is **GRANTED**.

3. The federal claims in Plaintiff's complaint (Doc. 1) are **DISMISSED** for failure to state a claim upon which relief may be granted.

4. The Court declines to exercise supplemental jurisdiction over the remaining state law claims pursuant to 28 U.S.C. § 1367(c)(3).

5. Plaintiff's motion for reconsideration (Doc. 9), which incorporates a motion for leave to amend, is **DENIED**.

6. The clerk is directed to close the file.


**ORDERED** on August 6, 2012.

                        /S/ Richard Smoak
                        **RICHARD SMOAK**
                        **UNITED STATES DISTRICT JUDGE**